# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RUSSELL WILLIAM BRADLEY,

    Plaintiff,

v.                                    CASE NO. 3:16cv466-MCR/GRJ

JOSEPH LAMAR ANGLIN,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 10, 2017, ECF No. 14, recommending that the case be dismissed for failure to prosecute and failure to comply with an order of the Court. Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  This case is dismissed without prejudice for failure to prosecute and failure to comply with an order of the Court.

3.  The clerk is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** this 11th day of April, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**